UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| TERRY W. HUSPON,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ROBERT E. CARTER, JR., et al.,<br><br>　　　　Defendants. | CAUSE NO.: 3:23-CV-982-TLS-JEM |

## ORDER

Terry W. Huspon, a prisoner without a lawyer, was granted until December 14, 2023, to resolve his filing fee status. ECF No. 2. He was cautioned that, if he did not respond by the deadline, this case could be dismissed without further notice. The deadline passed without a response. Nevertheless, he is required to pay the filing fee. *See* 28 U.S.C. § 1915; *Newlin v. Helman*, 123 F.3d 429 (7th Cir. 1997).

For these reasons, the Court:

(1) DISMISSES this case WITHOUT PREJUDICE;

(2) ORDERS the Plaintiff, **Terry W. Huspon, IDOC # 882533**, to pay (and the facility having custody to automatically remit) to the Clerk of Court 20% of the money received for each calendar month during which $10.00 or more is received, until the $402.00 filing fee is paid in full;

(3) DIRECTS the Clerk of Court to create a ledger for receipt of these funds; and

(4) DIRECTS the Clerk of Court to send a copy of this order to each facility where the Plaintiff is housed until the filing fee has been paid in full.

SO ORDERED on January 9, 2024.

　　　　　　　　　　　　　　　　　　　　　　s/ Theresa L. Springmann
　　　　　　　　　　　　　　　　　　　　　　JUDGE THERESA L. SPRINGMANN
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT