# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

TERRY W HUSPON
*also known as*
TERRY HUSPON
               Plaintiff

    v.
                                                  Civil Action No.  3:23-cv-982

ROBERT E CARTER, JR
*Acting Commissioner of Indiana Department of Corrections, sued in their individuals and official capacities*
*also known as*
ROBERT E CARTER

BRUCE LEMMON
*Acting Commissioner of Indiana Department of Corrections, sued in their individuals and official capacities*

RICHARD BROWN
*Acting Warden of Wabash Valley Correctional Facility (WVCF), sued in their individuals and official capacities*

JIM HENDRIX
*Acting Director of Classification, sued in their individuals and official capacities*

JERRY SNYDER
*Acting Unit Team Manager/Case Manager of the Secure Confinement Unit, sued in their individuals and official capacities*

CHARLES DUGAN
*Acting Case Worker/Counselor of the Secure Confinement Unit (SCU), sued in their individuals and official capacities*
*also known as*
CHARES DUGAN

E PADGETT
*Acting Case Manager/Case Worker and Counselor of the Secure Confinement Unit (SCU), sued in their individuals and official capacities*

RANDALL PURCELL
*Acting Case Worker/Counselor of the Secure Confinement Unit (SCU), sued in their individuals and official capacities*
               Defendants

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that (*check one*):

_____ the plaintiff_____

AO 450 (Rev. 01/09) Judgment in a Civil Action

    recover from the defendant_____the amount of_____ dollars $_____, which includes prejudgment interest at the rate of_____% plus post-Judgment interest at the rate of_____% along with costs.

____ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff_____.

_X_ Other: This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

____tried to a jury with Judge_____presiding, and the jury has rendered a verdict.

____tried by Judge_____without a jury and the above decision was reached.

_X_ decided by Judge Theresa L. Springmann

DATE: 1/10/2024                        CHANDA J. BERTA, CLERK OF COURT

                                              by   s/ S.Jarrell_____
                                              *Signature of Clerk or Deputy Clerk*

USDC IN/ND case 3:23-cv-00982-TLS-JEM    document 4    filed 01/10/24    page 2 of 2